NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANGELA HILL,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7025

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-4211, Judge William P. Greene, Jr.

---

**ON MOTION**

---

**ORDER**

Eric K. Shinseki, Secretary of Veterans Affairs, moves for a 7-day extension of time, until January 26, 2012, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 3 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Angela Hill
Armando A. Rodriguez-Feo, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 3 1 2012

JAN HORBALY
CLERK